UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MARVIN EDUARDO PEREZ Y PEREZ,<br><br>*Plaintiff*,<br><br>v.<br><br>PAMELA BONDI, IN HER OFFICIAL U.S. ATTORNEY GENERAL, WARDEN OF THE ERO EL PASO EAST MONTANA, KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, and TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR FOR UNITED STATES IMMIGRATION AND CUSTOMS, ENFORCEMENT,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § §   No. 3:26-CV-00153-LS |

## ORDER DISMISSING CASE

Upon consideration of Petitioner's Notice of Voluntary Discontinuance,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 9, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 5.